NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE AGA MEDICAL CORPORATION, *Petitioner*.

---

Miscellaneous Docket No. 125

---

On Petition for Writ of Mandamus to the United States District Court for the District of Delaware in case no. 11-CV-0539, Judge Jerome B. Simandle.

---

**ON PETITION**

---

## ORDER

AGA Medical Corporation submits a petition for a writ of mandamus to (1) direct the United States District Court for the District of Delaware to vacate the portions of its March 19, 2012 order that denied AGA's motion to dismiss the case for lack of subject matter jurisdiction and transferred the case to the United States District Court for the District of Minnesota, and to (2) direct the Delaware court to dismiss the case.

Upon consideration thereof,

IT IS ORDERED THAT:

W.L. Gore & Associates, Inc. is directed to respond no later than May 3, 2012.

FOR THE COURT

APR 1 8 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Rabea Jamal Zayed, Esq.
Andrea Lynn Wayda, Esq.
Clerk, United States District Court for the District of Delaware
Clerk, United States District Court for the District of Minnesota

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 8 2012

JAN HORBALY
CLERK